IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                                WESTERN DIVISION

UNITED STATES OF AMERICA        :
                                :
         v.                     :      CRIMINAL NO. 5:15-CR-230-BO
                                :
JOHNNIE ANTHONY MANSON          :

                    APPLICATION FOR WRIT OF HABEAS CORPUS

    The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (X) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

    1. Name of detainee: JOHNNIE ANTHONY MANSON
    2. Detained by: Granville County Detention Center 919-693-3717
    Currently in safe hold at Craven County Detention Center 252-244-3337

    3. Detainee is (X) charged in this district by () Indictment ( x) Information ( ) Complaint with, OR ( ) was convicted in this district of, violating Title 18, U.S.C. §§ 1951, OR ( ) is a witness not otherwise available by the ordinary process of the Court.

    4. Appearance is necessary on **September 28, 2015 at 2:00 pm**(X) in U.S. District Court, **Raleigh, North Carolina**, OR ( ) before the Federal Grand Jury in this district, for ( ) initial appearance ( ) detention hearing ( x) arraignment ( ) plea hearing ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding ( ) other purpose(s), specifically.

                              /s/ S. Katherine Burnette
                              BY: S. KATHERINE BURNETTE
                              Assistant United States Attorney
                              Criminal Division
                              310 New Bern Avenue, Suite 800
                              Raleigh, NC 27601
                              Telephone: (919) 856-4530
                              Fax: (919) 856-4487
                              E-mail: katherine.burnette@usdoj.gov
                              North Carolina State Bar No. 12455


                            WRIT OF HABEAS CORPUS

(X) Ad Prosequendum    ( ) Ad Testificandum    ( ) In Re Motion to Vacate

    The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

22 September 2015
                                              _____
                                              James E. Gates
                                              United States Magistrate Judge